BROOKLYN UNITED THEATRE, INC., Respondent, *v.* INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS' UNION, Appellant.

(Argued October 8, 1931; decided October 20, 1931.)

*Jeremiah T. Mahoney* and *Vincent L. Leibell* for appellant.

*Harold R. Medina, William F. Mc Nulty* and *Joseph A. Teperson* for respondent.

*Frank T. Walsh* and *Gardner Conroy* for William F. Canavan, president of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators' Union, *amicus curiæ*.

Judgment modified in accordance with memorandum in *Steinkritz Amusement Corp.* v. *Kaplan* (257 N. Y. 294), and as modified affirmed, without costs; no opinion.

Concur: POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.; CARDOZO, Ch. J., and LEHMAN, J., vote for further modification in accordance with their vote in *Steinkritz Amusement Corp.* v. *Kaplan.*